PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-mail: pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
and THE CHARLES SCHWAB DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KINA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB DISABILITY PLAN; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　Defendants. | CASE NO. C09-05147 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE CHARLES SCHWAB DISABILITY PLAN WITHOUT PREJUDICE**<br><br>The Honorable Jeffrey S. White |

**WHEREAS**, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3);

**WHEREAS**, plaintiff Kevin Kina has named The Charles Schwab Disability Plan ("the Plan") as a defendant in this action;

**WHEREAS**, effective January 1, 2005, the long-term disability portion of the Plan was insured under a group disability income policy issued by Liberty Life Assurance Company of Boston to Charles Schwab & Co., Inc., the sponsor of the Plan;

**WHEREAS**, Liberty Life Assurance Company of Boston agrees it will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may result from this action as if it were the Plan;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective

RC1/5496368.1/RMF

STIPULATION AND ORDER DISMISSING
DEFENDANT WITHOUT PREJUDICE
CASE NO. C09-05147 JSW

1  counsel of record, that Liberty Life Assurance Company of Boston will be liable for any
2  judgment or settlement concerning the payment or non-payment of long term disability benefits to
3  plaintiff that may be entered or reached in this action as if it were the Plan.
4      **IT IS FURTHER STIPULATED** that the Plan is hereby dismissed from this action
5  without prejudice, with each party to bear its own fees and costs.
6      **IT IS SO STIPULATED.**
7  Dated: February 9, 2010        SPRINGER-SULLIVAN & ROBERTS LLP

By: /S/
MICHELLE L. ROBERTS
Attorneys for Plaintiff, KEVIN KINA

Dated: February 9, 2010        ROPERS, MAJESKI, KOHN & BENTLEY

By: /S/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON
and THE CHARLES SCHWAB
DISABILITY PLAN

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Liberty Life Assurance Company of Boston will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may be entered or reached in this action as if it were the Plan.

**IT IS FURTHER ORDERED** that THE CHARLES SCHWAB DISABILITY PLAN shall be, and hereby is, dismissed from this action without prejudice, with each party to bear its

\\\\
\\\\
\\\\

RC1/5496368.1/RMF      - 2 -      STIPULATION AND ORDER DISMISSING DEFENDANT WITHOUT PREJUDICE
CASE NO. C09-05147 JSW

1  own fees and costs.

2  **IT IS SO ORDERED**.

3  Dated: February 10    , 2010

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City