PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-mail: pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
and THE CHARLES SCHWAB DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KINA,<br><br>  Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB DISABILITY PLAN; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>  Defendants. | CASE NO. C09-05147 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE CHARLES SCHWAB DISABILITY PLAN WITHOUT PREJUDICE**<br><br>The Honorable Jeffrey S. White |

**WHEREAS**, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3);

**WHEREAS**, plaintiff Kevin Kina has named The Charles Schwab Disability Plan ("the Plan") as a defendant in this action;

**WHEREAS**, effective January 1, 2005, the long-term disability portion of the Plan was insured under a group disability income policy issued by Liberty Life Assurance Company of Boston to Charles Schwab & Co., Inc., the sponsor of the Plan;

**WHEREAS**, Liberty Life Assurance Company of Boston agrees it will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may result from this action as if it were the Plan;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective

RC1/5496368.1/RMF

STIPULATION AND ORDER DISMISSING
DEFENDANT WITHOUT PREJUDICE
CASE NO. C09-05147 JSW

1  counsel of record, that Liberty Life Assurance Company of Boston will be liable for any
2  judgment or settlement concerning the payment or non-payment of long term disability benefits to
3  plaintiff that may be entered or reached in this action as if it were the Plan.
4      **IT IS FURTHER STIPULATED** that the Plan is hereby dismissed from this action
5  without prejudice, with each party to bear its own fees and costs.
6      **IT IS SO STIPULATED.**

7  Dated: February 9, 2010      SPRINGER-SULLIVAN & ROBERTS LLP

10  By: /S/
    MICHELLE L. ROBERTS
    Attorneys for Plaintiff, KEVIN KINA

11  Dated: February 9, 2010      ROPERS, MAJESKI, KOHN & BENTLEY

14  By: /S/
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE CHARLES SCHWAB DISABILITY PLAN

## ORDER

19      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Liberty Life
20  Assurance Company of Boston will be liable for any judgment or settlement concerning the
21  payment or non-payment of long term disability benefits to plaintiff that may be entered or
22  reached in this action as if it were the Plan.
23      **IT IS FURTHER ORDERED** that THE CHARLES SCHWAB DISABILITY PLAN
24  shall be, and hereby is, dismissed from this action without prejudice, with each party to bear its
25  \\\\
26  \\\\
27  \\\\

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5496368.1/RMF      - 2 -      STIPULATION AND ORDER DISMISSING DEFENDANT WITHOUT PREJUDICE
CASE NO. C09-05147 JSW

1  own fees and costs.

2  **IT IS SO ORDERED**.

3  Dated: February 10, 2010

4  _____
   UNITED STATES DISTRICT JUDGE

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*