1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   E-mail:      pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendants,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
   and THE CHARLES SCHWAB DISABILITY PLAN
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 KEVIN KINA,                              CASE NO. C09-05147 JSW

12         Plaintiff,                       STIPULATION AND [PROPOSED]
                                            ORDER DISMISSING DEFENDANTS
13 v.                                       LIBERTY LIFE ASSURANCE COMPANY
                                            OF BOSTON AND THE CHARLES
14 THE CHARLES SCHWAB DISABILITY            SCHWAB DISABILITY PLAN WITH
   PLAN; LIBERTY LIFE ASSURANCE             PREJUDICE [FRCP 41(a)(1)(A)(ii)]
15 COMPANY OF BOSTON,

16         Defendants.

17

18         **IT IS HEREBY STIPULATED** by and between Plaintiff, KEVIN KINA, and

19 Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE CHARLES

20 SCHWAB DISABILITY PLAN, by and through their attorneys of record, that the above-

21 captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants, including

22 THE CHARLES SCHWAB DISABILITY PLAN, which was previously dismissed from this

23 action without prejudice on February 10, 2010, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

24 Each party shall bear its own fees and costs.

25         **IT IS FURTHER STIPULATED** that concurrence in the filing of this stipulation and

26 proposed order has been obtained from each of the signatories, which shall serve in lieu of their

27 \ \ \ \

28 \ \ \ \

RC1/5544062.1/RMF                                   STIPULATION AND ORDER DISMISSING
                                                    DEFENDANTS WITH PREJUDICE
                                                    CASE NO.: 09-05147 JSW

signatures on the document.

Dated: April 21, 2010     SPRINGER-SULLIVAN & ROBERTS LLP

By:    /s/ Michelle L. Roberts
      MICHELLE L. ROBERTS
      CASSIE SPRINGER-SULLIVAN
      Attorneys for Plaintiff,
      KEVIN KINA

Dated: April 21, 2010     ROPERS, MAJESKI, KOHN & BENTLEY

By:    /s/ Robert M. Forni, Jr.
      PAMELA E. COGAN
      ROBERT M. FORNI, JR.
      Attorneys for Defendants, LIBERTY LIFE
      ASSURANCE COMPANY OF BOSTON
      and THE CHARLES SCHWAB
      DISABILITY PLAN

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all Defendants, including THE CHARLES SCHWAB DISABILITY PLAN, which was previously dismissed from this action without prejudice on February 10, 2010. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 22, 2010

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT JUDGE